Philip R. Wooten
Arizona State Bar No. 007006
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile:  480-598-4331
philip.wooten@azbar.org
*Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES,<br><br>Plaintiffs,<br><br>v.<br><br>CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>Defendants. | Case No. _____<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>(Removed from McDowell Mountain Justice Court, Maricopa County,<br>Case No. CC2016-054936RC) |

Trans Union LLC ("Trans Union") files this, its Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof, would respectfully show the Court as follows:

**A.  Procedural Background**

1.   On or about July 12, 2016, Macie Hawkes and Michael Hawkes ("Plaintiffs") filed their Original Complaint in this action in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa, under case no. CC2016122753, ("State Court Action"), against Defendants CCO Mortgage a division of Citizens Financial Group Inc. ("CCO Mortgage"), Equifax Information Services, LLC, Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc.

8134317.1/SP/83057/2375/080416

("Experian"), and Trans Union. Plaintiffs allege that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Trans Union, Experian, Equifax and COO Mortgage were served with Plaintiffs' Original Complaint on July 15, 2016. This Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. Grounds for Removal

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiffs' claims present a federal question. *Id.* In the Complaint, Plaintiffs seek damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendants received a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which Plaintiffs' action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the Arrowhead Justice Court of the State of Arizona in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).

8134317.1/SP/83057/2375/080416

8. Pursuant to 28 U.S.C. § 1446(a) and local rule 3.7, a copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as **Exhibit A**.

9. Trial has not commenced in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa.

10. All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case.  By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.  The Joinder in the Removal from First National Bank of Omaha, Experian and Equifax are attached hereto as **Exhibit B**.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: August 4, 2016.

**PHILIP R. WOOTEN P.C.**

By /s/ Philip R. Wooten
Philip R. Wooten (# 007006)
3413 E. Equestrian Trial
Phoenix, AZ  85044-3403
Telephone: (480) 598-4330
Facsimile:   (480) 598-4331
Email: Philip.wooten@azbar.org
**COUNSEL FOR DEFENDANT
TRANS UNION LLC**

8134317.1/SP/83057/2375/080416

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2016, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, and that true and correct copies of the foregoing emailed to the following parties' counsel:

| | |
|---|---|
| Kevin Fallon McCarthy<br>Joon Kee<br>joon.kee@mccarthylawyer.com<br>4250 N. Drinkwater Blvd., Suite 320<br>Scottsdale, AZ 85251<br>(602) 456-8900<br>***Counsel for Plaintiffs*** | Chris Meyers<br>cmeyers@swlaw.com<br>Snell & Wilmer L.L.P.<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2202<br>(602) 382-6151<br>(602) 382-6070 Fax<br>***Counsel for Equifax Information Services, LLC*** |
| Jonathan A. Dessaules<br>jdessaules@dessauleslaw.com<br>Dessaules Law Group<br>5353 North 16th Street, Suite 110<br>Phoenix, AZ 85016<br>(602) 274-5400<br>(602) 274-5401 Fax<br>***Counsel for Experian Information Solutions, Inc.*** | Victoria Lea Orze<br>VOrze@dickinson-wright.com<br>Dickinson Wright PLLC<br>1850 N Central Ave., Ste. 1400<br>Phoenix, AZ 85004<br>(602) 220-4542<br>(602) 285-5100 Fax<br>***Counsel for CCO Mortgage a division of Citizens Financial Group Inc.*** |

By /s/ Philip R. Wooten