# EXHIBIT B

Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
**Counsel for Trans Union LLC**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES,<br><br>Plaintiffs,<br><br>v.<br><br>CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>Defendants. | Case No.<br><br>**JOINDER IN AND CONSENT TO REMOVAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Without waiving any of its defenses or any other rights, Defendant Equifax Information Services, LLC hereby consents to the notice of removal of this action from the McDowell Mountain Justice Court, Maricopa County, State of Arizona, wherein it is now pending, to the United States District Court for the District of Arizona, Phoenix Division. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal. Defendant Equifax Information Services, LLC first received a copy of the Summons and Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on July 15, 2016.

Respectfully submitted, this 3 day of August, 2016.

                                                Chris Meyers (#032558)
                                                SNELL & Wilmer L.L.P
                                                One Arizona Center
                                                400 E. Van Buren, Suite 1900
                                                Phoenix, Arizona 85004-2202
                                                Telephone: 602.382.6151
                                                Facsimile: 602.382.6070
                                                E-Mail: cmeyers@swlaw.com
                                                ***Counsel for Equifax Information Services, LLC***

Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
**Counsel for Trans Union LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES,<br><br>Plaintiffs,<br><br>v.<br><br>CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>Defendants. | Case No.<br><br>**JOINDER IN AND CONSENT TO REMOVAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Without waiving any of its defenses or any other rights, Defendant Experian Information Solutions, Inc. hereby consents to the notice of removal of this action from the McDowell Mountain Justice Court, Maricopa County, State of Arizona, wherein it is now pending, to the United States District Court for the District of Arizona, Phoenix Division. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal. Defendant Experian Information Solutions, Inc. first received a copy of the Summons and Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on July 15, 2016.

1 | Respectfully submitted, this _3_ day of August, 2016.

> Jonathan A. Dessaules
> jdessaules@dessauleslaw.com
> Dessaules Law Group
> 5353 North 16th Street, Suite 110
> Phoenix, AZ 85016
> (602) 274-5400
> (602) 274-5401 Fax
> **Counsel for Experian Information Solutions, Inc.**