# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.  **Style of the Case:**
    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Macie Hawkes and Michael Hawkes | Plaintiffs | Kevin F. McCarthy<br>Joon N. Kee<br>joon.kee@mccarthylawyer.com<br>McCarthy Law PLC<br>4250 N. Drinkwater Blvd., Ste 320<br>Scottsdale, AZ 85251<br>(602) 456-8900 |
| Trans Union LLC | Defendant | Philip R. Wooten<br>Philip R. Wooten PC<br>3413 E. Equestrian Trail<br>Arizona State Bar No. 007006<br>Phoenix, AZ 85044-3403<br>Telephone: (480) 598-4330<br>philip.wooten@azbar.org |
| See Attached | Defendant | |

2.  **Jury Demand:**
    Was a Jury Demand made in another jurisdiction?   Yes ◯   No ⦿
    If "Yes," by which party and on what date?

3.  **Answer:**
    Was an Answer made in another jurisdiction?   Yes ◯   No ⦿
    If "Yes," by which party and on what date?

Supp CV Cover Sheet (rev 8/20/2015)

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Trans Union LLC | 07/15/2016 | Personal Service |
| See also Justice Court file attached to notice of removal | | |
| | | |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| None | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| None | |
| | |
| | |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Violation of the Fair Credit Reporting Act |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)

Philip R. Wooten
Arizona State Bar #007006
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ  85044-3403
(480) 598-4330  Phone
(480) 598-4331  Fax
philip.wooten@azbar.org
*Counsel for Trans Union LLC*

**MCDOWELL MOUNTAIN JUSTICE COURT
MARICOPA COUNTY, STATE OF ARIZONA**
18380 North 40th Street, Phoenix, Arizona 85032

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES, <br><br> Plaintiffs, <br><br> v. <br><br> CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC, <br><br> Defendants. | Case No. CC2016122753 <br><br> **ATTACHMENT TO SUPPLEMENTAL CIVIL COVER SHEET** |

**Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    1.  Macie Hawkes and Michael Hawkes, Plaintiffs
        Kevin F. McCarthy

8134834.1/SP/83057/2375/080416

1

Joon N. Kee
joon.kee@mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste 320
Scottsdale, AZ 85251
(602) 456-8900

2. Trans Union LLC, Defendant
Philip R. Wooten
Philip.wooten@azbar.org
Arizona State Bar #007006
Philip R. Wooten PC
413 E. Equestrian Trail
Phoenix, AZ  85044-3403
(480) 598-4330
(480) 598-4331 – Fax
Date Served: 07/15/2016
Method of Service: Personal Service

3. CCO Mortgage a division of Citizens Financial Group Inc., Defendant
Victoria Lea Orze
VOrze@dickinson-wright.com
Dickinson Wright PLLC
1850 N Central Ave., Ste. 1400
Phoenix, AZ 85004
(602) 220-4542
(602) 285-5100 Fax
Date Served:  7/15/2016
Method of Service:  Personal Service

4. Equifax Information Services, LLC, Defendant
Chris Meyers
cmeyers@swlaw.com
Snell & Wilmer L.L.P.
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
(602) 382-6151
(602) 382-6070 Fax
Date Served:  7/15/2016
Method of Service:  Personal Service

5. Experian Information Solutions, Inc., Defendant
   Jonathan A. Dessaules
   jdessaules@dessauleslaw.com
   Dessaules Law Group
   5353 North 16th Street, Suite 110
   Phoenix, AZ 85016
   (602) 274-5400
   (602) 274-5401 Fax
   Date Served:  7/15/2016
   Method of Service:  Personal Service