**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES,<br><br>Plaintiffs,<br><br>v.<br><br>CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02635-DGC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Macie Hawkes and Michael Hawkes ("Plaintiffs") and Equifax Information Services LLC ("Equifax") (hereinafter Equifax together with Plaintiffs referred to as "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Equifax. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

Respectfully submitted this 9th day of September, 2016.

| | |
|---|---|
| SNELL & WILMER LLP<br>*By: /s/ Christopher A. Meyers*<br>Christopher A. Meyers<br>One Arizona Center<br>400 E. Van Buren St. #1900<br>Phoenix, AZ 85004-2202<br>Attorney for Defendant: Equifax Information Services LLC | MCCARTHY LAW PLC<br>*By:/s/ Joon N. Kee*<br>Joon N. Kee<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiff |

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

1    Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joon N. Kee*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2                            Notice of Settlement