**McCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**joon.kee @mccarthylawyer.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES,<br><br>Plaintiffs,<br><br>v.<br><br>CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02635-DGC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Macie Hawkes and Michael Hawkes ("Plaintiffs") and CCO Mortgage a Division of Citizens Financial Group Inc. ("CCO") (hereinafter CCO together with Plaintiffs referred to as "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement which will include the dismissal with prejudice of all claims against CCO. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against CCO will be finalized within the next sixty (60) days.

Respectfully submitted this 14th day of September, 2016.

| | |
|---|---|
| DICKINSON WRIGHT<br>*By: /s/Victoria Orze*<br>Victoria Orze<br>One East Washington St., Suite 1200<br>Phoenix, AZ 85004-2568<br>Attorney for Defendant CCO Mortgage a Division of Citizens Financial Group, Inc. | MCCARTHY LAW PLC<br>*By:/s/ Joon N. Kee*<br>Joon N. Kee<br>4250 N. Drinkwater Boulevard, Ste 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiffs |

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

1                             Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joon N. Kee*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2                                    Notice of Settlement