**MCCARTHY LAW PLC**
*CANDID CONVERSATION. WISE COUNSEL.*

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MACIE HAWKES AND MICHAEL HAWKES,<br><br>         Plaintiffs,<br><br>v.<br><br>CCO MORTGAGE, *et al,*<br><br>         Defendants. | Case No.: 2:16-cv-02635-DGC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Macie Hawkes and Michael Hawkes ("Plaintiffs") and Trans Union LLC ("Trans Union") (hereinafter Trans Union together with Plaintiffs referred to as "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Trans Union with each side to bear their own costs and attorneys' fees. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Trans Union will be finalized within the next forty-five (45) days.

Respectfully submitted this 5th day of December, 2016.

| | |
|---|---|
| PHILIP R. WOOTEN P.C.<br>*By: /s/ Philip R. Wooten*<br>Philip R. Wooten<br>3413 E. Equestrian Trail<br>Phoenix, AZ 85044-3403<br>Attorney for Trans Union LLC | MCCARTHY LAW PLC<br>*By:/s/ Joon N. Kee*<br>Joon N. Kee<br>4250 N. Drinkwater Boulevard, Ste. 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiff |

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

1                                                                 Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Joon N. Kee*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2                                               Notice of Settlement