# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Macie Hawkes, et al., | No. CV16-2635 PHX DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| CCO Mortgage, et al., | |
| Defendants. | |

The Court has been advised that this case has settled as to Defendant Trans Union, LLC. Doc. 34.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date as to Defendant Trans Union, LLC.

2. All pending hearings and deadlines are vacated as to Defendant Trans Union, LLC.

3. All pending motions are found to be moot as to Defendant Trans Union, LLC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   4.   The Clerk is directed to **terminate** this matter on **January 6, 2017** without further leave of Court.

   Dated this 6th day of December, 2016.

_____
David G. Campbell
United States District Judge